IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHERWIN S. PERKINS,

   Petitioner,

     v.

THOMAS AMMONS,

   Respondent.

CIVIL ACTION FILE
NO. 1:08-CV-2004-TWT

## ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 20] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss the Petition as Untimely [Doc. 5]. The Petition was not filed within the one year statute of limitation period. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Motion to Dismiss [Doc. 5] is GRANTED. This action is DISMISSED.

SO ORDERED, this 2 day of July, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge